JOHN H. HEMANN (SBN: 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN: 203480)
MATTHEW S. WEILER (SBN 236052)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
        jfloren@morganlewis.com
        tgreen@morganlewis.com
        mweiler@morganlewis.com

Attorneys for KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,<br><br>Defendants. | CV Case No. 08-2249<br><br>**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO N.D. LOCAL RULE 3-16** |

1 | TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2 | NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS
3 | ATTORNEYS:

Pursuant to Civil L.R. 3-16, Defendant KLA-Tencor Corporation certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: April 30, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____MSW_____
Matthew S. Weiler
Attorneys for Defendant KLA-Tencor Corporation