| | |
|---|---|
| 1 | JOHN H. HEMANN (SBN: 165823) |
| 2 | JOSEPH E. FLOREN (SBN 168292) |
|   | THOMAS R. GREEN (SBN: 203480) |
| 3 | MATTHEW S. WEILER (SBN 236052) |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 4 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1126 |
| 5 | Tel:  415.442.1000 |
|   | Fax:  415.442.1001 |
| 6 | E-mail:  jhemann@morganlewis.com |
|   |          jfloren@morganlewis.com |
| 7 |          tgreen@morganlewis.com |
|   |          mweiler@morganlewis.com |

E-filing

Attorneys for KLA-Tencor Corporation

SC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

vs.

EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,

    Defendants.

Case No.  08  2249

**PROOF OF SERVICE**

4AA

1-SF/7698008.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On April 18, 2008, I served the within document(s):

- **CIVIL COVER SHEET**

- **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA [28 U.S.C. §1441(a); 15 U.S.C. § 78bb(f)(2)]**

- **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO N.D. LOCAL RULE 3-16**

☒ **(VIA OVERNIGHT DELIVERY – FEDERAL EXPRESS)** by placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDERAL EXPRESS agent for delivery.

| ATTORNEY | METHOD OF SERVICE |
|---|---|
| Patrice L. Bishop<br>Stull, Stull & Brody<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024<br>Tel: 310.209.2468<br>Fax: 310.209.2087<br>service@ssbla.com | VIA FEDERAL EXPRESS |

_Laura Walker_
Laura Walker

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7698008.1

PROOF OF SERVICE