IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS CRIMI,  No. C-08-2249 SC

   Plaintiff, **ORDER OF RECUSAL**

v.

EDWARD W. BARNHOLDT, et al.,

   Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

 I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of General Order 44 paragraph E.2 of the Assignment Plan.

 All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: May 1, 2008

                 /s/ Samuel Conti
                 SAMUEL CONTI
                 UNITED STATES DISTRICT JUDGE