JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN: 203480)
MATTHEW S. WEILER (SBN 236052)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  jhemann@morganlewis.com
         jfloren@morganlewis.com
         tgreen@morganlewis.com
         mweiler@morganlewis.com

Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, John H. Kispert, Michael E. Marks, Dean O. Morton, Lida Urbanek and Richard P. Wallace

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| IN RE KLA-TENCOR CORPORATION SECURITIES LITIGATION | Master Case No. C 06-4065 CRB |
|---|---|
| | [~~PROPOSED~~] ORDER RELATING CASES |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Date:  N.A.<br>Time:  N.A.<br>Place:  N.A.<br>Judge:  Hon. Charles R. Breyer |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RELATING CASES
1-SF/7699453.1                                                          USDC Case No. C 06-4065 CRB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Defendant KLA-Tencor Corporation's ("KLA's") motion to relate cases pursuant to N.D. L.R. 3-12, and any opposition thereto, it is hereby determined that that this motion is GRANTED and this Court will be assigned the action entitled *Crimi v. Barnholt, et al.* (N.D. Cal.) Case No. CV-08-02249 JSW) (filed April 30, 2008).

IT IS SO ORDERED.

Dated: __May 05___, 2008



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE