| | |
|---|---|
| 1 | Patrice L. Bishop (182256) |
|   | service@ssbla.com |
| 2 | STULL, STULL & BRODY |
|   | 10940 Wilshire Boulevard |
| 3 | Suite 2300 |
|   | Los Angeles, CA  90024 |
| 4 | Tel:    (310) 209-2468 |
|   | Fax:   (310) 209-2087 |
| 5 | |
|   | Jules Brody |
| 6 | Aaron L. Brody |
|   | SSBNY@aol.com |
| 7 | STULL, STULL & BRODY |
|   | 6 East 45th Street |
| 8 | New York, NY 10017 |
|   | Tel:    (212) 687-7230 |
| 9 | Fax:   (212) 490-2022 |
| 10 | Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated, | ) ) ) | CASE NO. C 08-2249 CRB |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) | NOTICE OF THE FILING OF THE DECLARATION OF NICOLE LAVALLEE IN SUPPORT STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE MAY 30, 2008 CASE MANAGEMENT CONFERENCE |
| EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF THE FILING OF LAVALEE DECL SUPPORT STIP AND [PROPOSED] ORDER
CASE NO. C 08-2249 CRB
Z:\STULL\KLA2\PLD\Stipulation re CMC - Notice of Dec filing.wpd

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to L.R. 6-3, attached hereto as Exhibit 1 please find the Declaration of Nicole Lavallee in Support of Stipulation and [Proposed] Order Rescheduling the May 30, 2008 Case Management Conference, filed in *In re KLA-Tencor Corp. Secs. Litig.*, Master File No. 06-cv-04065-CRB (N.D. Cal. May 21, 2008), in support of the parties stipulated agreement to reschedule, with the permission of the Court, the case management conference from May 30, 2008 at 8:30 a.m. to June 13, 2008 at 8:30 a.m.

Dated: May 21, 2008

    Patrice L. Bishop
    STULL, STULL & BRODY

By:     /s/Patrice L. Bishop
    Patrice L. Bishop
    10940 Wilshire Boulevard
    Suite 2300
    Los Angeles, CA  90024
    Tel:   (310) 209-2468
    Fax:   (310) 209-2087

    Jules Brody
    Aaron L. Brody
    STULL, STULL & BRODY
    6 East 45th Street
    New York, NY 10017
    Tel:   (212) 687-7230
    Fax:   (212) 490-2022

    Counsel for Plaintiff

1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
3  Lesley Ann Hale (237726)
   Email: lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94104
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
7

8  **Member of Plaintiffs' Executive Committee and
   Liaison Counsel in Master File No. 06-cv-04065-CRB**

9

10                     **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Master File No. 06-cv-04065-CRB <br><br> <u>CLASS ACTION</u> |
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated, <br><br> v. <br><br> EDWARD W. BARNHOLT, et al. | Case No. 08-cv-02249-CRB <br><br> **DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE MAY 30, 2008 CASE MANAGEMENT CONFERENCE** |

28  [06-04065-CRB] DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF
    STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE MAY 30, 2008 CASE
    MANAGEMENT CONFERENCE

I, Nicole Lavallee, declare:

1. I am a partner in the San Francisco office of Berman DeValerio Pease Tabacco Burt & Pucillo. I submit this declaration in support of the Stipulation and [Proposed] Order Rescheduling the May 30, 2008 Case Management Conference.

2. On May 5, 2008, the Court scheduled the case management conference for May 30, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco before the Honorable Charles R. Breyer in Master File No. 06-cv-04065-CRB and Case No. 08-cv-02249-CRB.

3. Because the May 30, 2008 case management conference date creates a scheduling conflict for counsel for Lead Plaintiffs in Master File No. 06-cv-04065-CRB, we have requested that the case management conference be rescheduled to June 13, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco before the Honorable Charles R. Breyer.

4. I have conferred with counsel for KLA-Tencor and the Individual Defendants in Master File No. 06-cv-04065-CRB. I also have conferred with counsel for Plaintiff Chris Crimi and for the Individual Defendants in Case No. 08-cv-02249-CRB. Counsel in both cases have advised me that they consent to this request.

I hereby declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 21st day of May 2008, at San Francisco, California

                                                /s/ Nicole Lavallee
                                                NICOLE LAVALLEE

[06-04065-CRB] DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE MAY 30, 2008 CASE MANAGEMENT CONFERENCE        1