Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
Aaron L. Brody
SSBNY@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,

Defendants.

CASE NO. C 08-02249 CRB

**CLASS ACTION**

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS AND ESTABLISHING BRIEFING SCHEDULE FOR: (i) DEFENDANT'S MOTION TO DISMISS; AND (ii) PLAINTIFF'S MOTION FOR REMAND**

WHEREAS, on September 4, 2007, plaintiff Chris Crimi ("Plaintiff") filed a Complaint for alleged violations of state law against defendant KLA-Tencor Corporation ("KLA-Tencor") and certain of the members of its Board of Directors with that Superior Court of the State of California for the County of Santa Clara (the "State Court");

WHEREAS, on November 14, 2007, KLA-Tencor filed their Motion to Stay plaintiff's Complaint, and on January 8, 2008, filed a Demurrer to plaintiff's Complaint;

WHEREAS, after briefing and hearing on the Motion to Stay, on February 29, 2008, the State Court granted KLA-Tencor's Demurrer with leave to amend and denied the Motion to Stay without prejudice;

WHEREAS, on April 1, 2008, Plaintiff filed his Amended Complaint;

WHEREAS, on April 30, 2008, KLA-Tencor filed its Notice of Removal with this Court;

WHEREAS, on May 7, 2008, KLA-Tencor filed a Motion to Dismiss the Amended Complaint, scheduling it for hearing on Friday, June 13, 2008 at 10:00 a.m.;

WHEREAS, Plaintiff has informed KLA-Tencor that he intends to file a Motion for Remand and believes that the Motion for Remand should be heard prior to or on the same day of the Motion to Dismiss;

WHEREAS, the parties have agreed to continue the hearing on KLA-Tencor's Motion to Dismiss, if so agreed to by the Court, to a mutually convenient date on which the Motion for Remand may also be heard;

WHEREAS, due to conflicts in counsel's schedule, the parties have agreed that, if so granted by this Court, the hearing on the Motion to Dismiss and Motion for Remand should be on Friday, July 18, 2008 at 10:00 a.m.;

///

///

///

IT IS HEREBY STIPULATED between the parties, by their counsel of record, that:

With regards to the Motion to Dismiss:

1. Plaintiff's Opposition to the Motion to Dismiss will be filed and served on Thursday, June 12, 2008;
2. Defendant's Reply in Support of the Motion to Dismiss will be filed and served on Thursday, July 3, 2008;
3. Hearing on the Motion to Dismiss will be on Friday, July 18, 2008 at 10:00 a.m., or a later date which is convenient to the Court.

With regards to the Motion to Remand:

1. Plaintiff's Motion to Remand will be filed and served on Thursday, May 29, 2008;
2. Defendant's Opposition to the Motion to Remand will be filed and served on Thursday, June 26, 2008;
3. Plaintiff's Reply in Support of the Motion to Remand will be filed and served on Thursday, July 3, 2008;
4. Hearing on the Motion to Remand will be on Friday, July 18, 2008 at 10:00 a.m., or a later date which is convenient to the Court.

IT IS SO STIPULATED.

**ATTESTATION OF PATRICE L. BISHOP**

I, Patrice L. Bishop, hereby attest that the contents of this document are acceptable to all persons required to sign it. I further attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: May 22, 2008

Patrice L. Bishop
STULL, STULL & BRODY

By: /s/

Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Counsel for Plaintiff

Dated: May 22, 2008

John H. Hemann
Joseph E. Floren
Matthew Weiler
MORGAN LEWIS & BOCKIUS LLP

By: /s/

Matthew Weiler
One Market Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001

Counsel for Defendant

3

STIP & [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS & ESTABLISHING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION FOR REMAND CASE NO. C 08-2249 CRB
Z:\STULL\KLA2\PLD\schedulingstip(fed).001.wpd

**[Proposed] ORDER**

Pursuant to the Stipulation of the parties, good cause having been shown, IT IS HEREBY ORDERED THAT:

With regards to the Motion to Dismiss:

1. Plaintiff's Opposition to the Motion to Dismiss will be filed and served on Thursday, June 12, 2008;
2. Defendant's Reply in Support of the Motion to Dismiss will be filed and served on Thursday, July 3, 2008;
3. Hearing on the Motion to Dismiss will be on Friday, July 18, 2008 at 10:00 a.m.

With regards to the Motion to Remand:

1. Plaintiff's Motion to Remand will be filed and served on Thursday, May 29, 2008;
2. Defendant's Opposition to the Motion to Remand will be filed and served on Thursday, June 26, 2008;
3. Plaintiff's Reply in Support of the Motion to Remand will be filed and served on Thursday, July 3, 2008;
4. Hearing on the Motion to Remand will be on Friday, July 18, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: ________________________

________________________________
HONORABLE CHARLES R. BREYER
DISTRICT COURT JUDGE

4

STIP & [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS & ESTABLISHING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION FOR REMAND CASE NO. C 08-2249 CRB
Z:\STULL\KLA2\PLD\schedulingstip(fed).001.wpd