1  Patrice L. Bishop (182256)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
5
   Jules Brody
6  Aaron L. Brody
   SSBNY@aol.com
7  STULL, STULL & BRODY
   6 East 45th Street
8  New York, NY 10017
   Tel:    (212) 687-7230
9  Fax:    (212) 490-2022

10  Counsel for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15

16  CHRIS CRIMI, on Behalf of Himself and    )    CASE NO. C 08-02249 CRB
    All Others Similarly Situated,           )
17                                           )    **CLASS ACTION**
                    Plaintiff,               )
18       v.                                  )    **DECLARATION OF PATRICE L.
                                             )    BISHOP IN SUPPORT OF
19  EDWARD W. BARNHOLT, H.                   )    STIPULATION AND [PROPOSED]
    RAYMOND BINGHAM, ROBERT T.               )    ORDER CONTINUING HEARING DATE
20  BOND, RICHARD J. ELKUS, JR.,             )    ON MOTION TO DISMISS AND
    STEPHEN P. KAUFMAN, KENNETH              )    ESTABLISHING BRIEFING SCHEDULE
21  LEVY, MICHAEL E. MARKS, DEAN O.          )    FOR: (i) DEFENDANT'S MOTION TO
    MORTON, KENNETH L. SCHROEDER,            )    DISMISS; AND (ii) PLAINTIFF'S
22  JON D. TOMPKINS, RICHARD P.              )    MOTION FOR REMAND**
    WALLACE, KLA-TENCOR                      )
23  CORPORATION, and DOES 1 through 25,      )
                                             )
24                  Defendants.              )
    _____    )
25

26

27

28

BISHOP DECL. IN SUPPORT OF STIP & [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO
DISMISS & ESTABLISHING BRIEFING SCHEDULE FOR MOTIONS                   CASE NO. C 08-2249 CRB
Z:\STULL\KLA2\PLD\schedulingstipdecl(fed).001.wpd

I, Patrice L. Bishop, declare as follows:

1.    I am an attorney admitted to practice in the State of California and this District. I am an associate with the law firm of Stull, Stull & Brody, counsel for plaintiff Chris Crimi ("Plaintiff"). I submit the Declaration pursuant to Local Rule 6-2 in support of the parties' Stipulation and [Proposed] Order Continuing Hearing Date on Motion to Dismiss and Establishing Briefing Schedule For: (i) Defendant's Motion to Dismiss; and (ii) Plaintiff's Motion for Remand. I am familiar with this matter and have knowledge of the information stated herein.

2.    On September 4, 2007, Plaintiff filed a Complaint for alleged violations of state law against defendant KLA-Tencor Corporation ("KLA-Tencor") and certain of the members of its Board of Directors with the Superior Court of the State of California for the County of Santa Clara (the "State Court"). On November 14, 2007, KLA-Tencor filed their Motion to Stay plaintiff's Complaint, and on January 8, 2008, filed a Demurrer to plaintiff's Complaint. After briefing and hearing on the Motion to Stay, on February 29, 2008, the State Court granted KLA-Tencor's Demurrer with leave to amend and denied the Motion to Stay without prejudice. On April 1, 2008, Plaintiff filed his Amended Complaint.

3.    On April 30, 2008, KLA-Tencor filed its Notice of Removal with this Court. On May 7, 2008, KLA-Tencor filed a Motion to Dismiss the Amended Complaint, scheduling it for hearing on Friday, June 13, 2008 at 10:00 a.m..

4.    Recently, I informed KLA-Tencor's counsel that Plaintiff intends to file a Motion for Remand and that I believe that the Motion for Remand should be heard prior to or on the same day of the Motion to Dismiss. As a result, I requested KLA-Tencor continue the hearing on its Motion to Dismiss to a date which would allow me to file a noticed Motion to Remand pursuant to the timing requirements of the Local Rules. I also stated that I would like to establish a briefing schedule for both motions.

5.    Counsel for KLA-Tencor agreed to my requests, and informed me that their first available Friday, the date the Court hears civil motions, would be July 18, 2008. Because I am also available on July 18, 2008, I suggested the briefing schedule outlined in the parties Stipulation. Defense counsel agreed to the briefing schedule.

1

1     6.    The only other requested time modification in this case was requested yesterday at the request of counsel for plaintiffs in the related federal action, *In re KLA-Tencor Corp. Secs. Litig.*, Master File No. 06-cv-04065-CRB (N.D. Cal. May 21, 2008), which requested a continuance of the case management conference from May 30, 2008 at 8:30 a.m. until June 13, 2008 at 8:30 a.m. There was also a short continuance of the hearing dates on KLA-Tencor's Demurrer and Motion to Stay in the State Court as a result in conflicts on counsel's calendar.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed this 22nd day of May, 2008 at Los Angeles, California.

                                                         /s/
                                                    Patrice L. Bishop
                                                    Declarant