| | |
|---|---|
| 1 | Patrice L. Bishop (182256) |
| 2 | service@ssbla.com<br>STULL, STULL & BRODY |
| 3 | 10940 Wilshire Boulevard<br>Suite 2300 |
| 4 | Los Angeles, CA  90024<br>Tel:    (310) 209-2468 |
| 5 | Fax:   (310) 209-2087 |
| 6 | Jules Brody<br>Aaron L. Brody |
| 7 | SSBNY@aol.com<br>STULL, STULL & BRODY |
| 8 | 6 East 45th Street<br>New York, NY 10017 |
| 9 | Tel:    (212) 687-7230<br>Fax:   (212) 490-2022 |
| 10 | Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated, | CASE NO. C 08-2249 CRB |
| 17 | | **CLASS ACTION** |
| 18 | Plaintiff,<br>v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 19 | EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,<br><br>Defendants. | |

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

3 | Dated: May 22, 2008

Patrice L. Bishop
STULL, STULL & BRODY

By: _____/s/_____
Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:   (310) 209-2468
Fax:  (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:  (212) 490-2022

Counsel for Plaintiff