Patrice L. Bishop (182256)
pbishop@ssbla.com
**STULL, STULL & BRODY**
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA  90024
Telephone: (310) 209-2468
Facsimile:  (310) 209-2087

Counsel for Plaintiff Chris Crimi

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated, <br><br> v. <br><br> EDWARD W. BARNHOLT, et al. <br><br> IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Case No. 08-cv-02249-CRB <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE MAY 30, 2008 CASE MANAGEMENT CONFERENCE** <br><br> Master File No. 06-cv-04065-CRB |

[08-02249-CRB] STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE MAY 30, 2008 CASE MANAGEMENT CONFERENCE

In Master File No. 06-cv-04065-CRB, Lead Plaintiffs Police and Fire Retirement System of the City of Detroit ("PFRS"), Louisiana Municipal Police Employees' Retirement System ("MPERS") and the City of Philadelphia Board of Pensions and Retirement ("CPBPR") and defendants KLA-Tencor Corporation ("KLA-Tencor"), Richard P. Wallace ("Wallace"), Kenneth L. Schroeder ("Schroeder"), Kenneth Levy ("Levy"), Jon D. Tompkins ("Tompkins"), Stephen P. Kaufman ("Kaufman"), Gary E. Dickerson ("Dickerson"), Jeffrey L. Hall ("Hall"), John H. Kispert ("Kispert"), Lida Urbanek ("Urbanek"), Michael E. Marks ("Marks"), Edward Barnholt ("Barnholt"), Robert T. Bond ("Bond"), Richard J. Elkus, Jr. ("Elkus"), H. Raymond Bingham ("Bingham"), Dean O. Morton ("Morton") and Stuart J. Nichols ("Nichols") (collectively "Individual Defendants" and, together with KLA-Tencor, "Defendants"), by and through their respective counsel, hereby recite and stipulate, subject to Court approval, as follows:

In Case No. 08-cv-02249-CRB, Plaintiff Chris Crimi ("Crimi") and defendants KLA-Tencor, Barnholt, Bingham, Bond, Elkus, Jr., Kaufman, Levy, Marks, Morton, Schroeder, Tompkins and Wallace, by and through their respective counsel, hereby recite and stipulate, subject to Court approval, as follows:

**RECITALS**

WHEREAS the Court scheduled a case management conference for May 30, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco before the Honorable Charles R. Breyer in both Master File No. 06-cv-04065 and Case No. 08-cv-02249-CRB. The Court further ordered the case management statement due on or before May 23, 2008;

WHEREAS counsel for Lead Plaintiffs in Master File No. 06-cv-04065-CRB has a scheduling conflict on May 30, 2008 and, therefore, has requested that the parties to Master File No. 06-cv-04065-CRB and Case No. 08-cv-02249-CRB agree to reschedule the case management conference to June 13, 2008; and

WHEREAS the parties have agreed that, subject to the Court's approval, the case management conference in Master File No. 06-cv-04065-CRB and Case No. 08-cv-02249-CRB should be rescheduled to June 13, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco

before the Honorable Charles R. Breyer.  The parties also have agreed that the case management statement shall be due on or before June 6, 2008.

**STIPULATION**

Now, therefore, the parties agree and stipulate as follows, subject to Court approval:

1. The case management conference in the above-captioned actions is rescheduled to June 13, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco before the Honorable Charles R. Breyer.

2. The case management statement shall be due on or before June 6, 2008.

DATED: May 21, 2008

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By:   /s/ Nicole Lavallee
           NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Lesley Hale
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Plaintiffs' Executive Committee and Liaison Counsel in Master File No. 06-cv-04065-CRB**

**KOHN, SWIFT & GRAF, P.C.**
Denis F. Sheils
Joseph C. Kohn
William E. Hoese
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone:  (215) 238-1700
Facsimile:   (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

[06-04065-CRB] STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE
MAY 30, 2008 CASE MANAGEMENT CONFERENCE                                                                2

|   |   |
|---|---|
| 1 | **BERGER & MONTAGUE, P.C.** |
| 2 | Sherrie R. Savett |
|   | Douglas M. Risen |
| 3 | 1622 Locust Street |
|   | Philadelphia, PA  19103 |
| 4 | Telephone: (215) 875-3000 |
|   | Facsimile:  (215) 875-4604 |
| 5 | Email: ssavett@bm.net |
|   | Email: drisen@bm.net |

**TRUJILLO RODRIGUEZ & RICHARDS LLC**
Kenneth I. Trujillo
Ira Neil Richards
Kathryn C. Harr
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
Telephone: (215) 731-9004
Facsimile:  (215) 731-9044
Email: KITrujillo@trrlaw.com
Email: ira@trrlaw.com
Email: kharr@trrlaw.com

**Plaintiffs' Executive Committee in Master File No. 06-cv-04065-CRB**

### E-Filing Attestation

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45 X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

Dated: May 20, 2008                                   **STULL, STULL & BRODY**

By:     /s/ Patrice L. Bishop
            PATRICE L. BISHOP

10940 Wilshire Blvd, Suite 2300
Los Angeles, CA  90024
Telephone: (310) 209-2468
Facsimile:  (310) 209-2087
Email: service@ssbla.com

**Attorneys for Plaintiff Chris Crimi in Case No. 08-cv-02249-CRB**

| | | |
|---|---|---|
| 1 | DATED: May 21, 2008 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | | By:   /s/ Thomas R. Green   |
| 3 | | THOMAS R. GREEN |

Joseph E. Floren
John H. Hemann
Benjamin P. Smith
Christopher J. Banks
Tera M. Heintz
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001
Email: jfloren@morganlewis.com
Email: jhemann@morganlewis.com
Email: bpsmith@morganlewis.com
Email: cbanks@morganlewis.com
Email: theintz@morganlewis.com

**Attorneys for Defendants KLA-Tencor Corporation, John H. Kispert, Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman, Michael E. Marks, Dean O. Morton, Richard P. Wallace and Lida Urbanek in Master File No. 06-cv-04065-CRB and for Defendant KLA-Tencor Corporation in Case No. 08-cv-02249-CRB**

DATED: May 21, 2008                                    **HELLER EHRMAN LLP**

By:     /s/ Warrington S. Parker, III   
          WARRINGTON S. PARKER, III

Michael J. Shepard
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: michael.shepard@hellerehrman.com
Email: warrington.parker@ hellerehrman.com

**Attorneys for Defendant Jon D. Tompkins in Master File No. 06-cv-04065-CRB**

[06-04065-CRB] STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE
MAY 30, 2008 CASE MANAGEMENT CONFERENCE                                                              4

| | |
|---|---|
| DATED: May 21, 2008 | **DLA PIPER US LLP** |
| | By:  /s/ David A. Priebe |
| | DAVID A. PRIEBE |
| | 2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2056<br>Facsimile: (650) 833-2001<br>Email: david.priebe@dlapiper.com |
| | **Attorneys for Defendant Kenneth L. Schroeder in Master File No. 06-cv-04065-CRB** |
| DATED: May 21, 2008 | **SHEARMAN & STERLING LLP** |
| | By:  /s/ Emily V. Griffen |
| | EMILY V. GRIFFEN |
| | Jeffrey S. Facter<br>Patrick D. Robbins<br>525 Market Street, Suite 1500<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br>Email: jfacter@shearman.com<br>Email: probbins@shearman.com<br>Email: mmoycik@shearman.com |
| | **Attorneys for Defendant Kenneth Levy in Master File No. 06-cv-04065-CRB** |
| DATED: May 21, 2008 | **ORRICK, HERRINGTON & SUTCLIFFE** |
| | By:  /s/ Robert P. Varian |
| | ROBERT P. VARIAN |
| | Walter F. Brown, Jr.<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br>Email: wbrown@orrick.com<br>Email: rvarian@orrick.com |
| | **Attorneys for Defendant Gary Dickerson in Master File No. 06-cv-04065-CRB** |

| | | |
|---|---|---|
| 1 | DATED: May 21, 2008 | **LAW OFFICE OF MARK A. BELNICK, LLC** |
| 2 | | By:   /s/ Mark A. Belnick |
| | | MARK A. BELNICK |

Mark A. Belnick (pro hac vice)
120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: (646) 453-2901
Facsimile:  (646) 453-2908
Email: mbelnick@belnicklaw.com

Christopher D. Kercher (pro hac vice)
AKIN GUMP STRAUSS HAUER
  & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: ckercher@akingump.com

Steven S. Kaufhold
AKIN GUMP STRAUSS HAUER
  & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile:  (415) 765-9501
Email: skaufhold@akingump.com

**Attorneys for Defendant Stuart J. Nichols in Master File No. 06-cv-04065-CRB**

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

1.  The case management conference, currently scheduled for May 30, 2008 at 8:30 a.m., is rescheduled to June 13, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco before the Honorable Charles R. Breyer.

2.  The case management statement shall be due on or before June 6, 2008.

DATED: May 27, 2008

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[06-04065-CRB] STIPULATION AND [PROPOSED] ORDER RESCHEDULING
MAY 30, 2008 CASE MANAGEMENT CONFERENCE