1  Patrice L. Bishop (182256)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
5
   Jules Brody
6  Aaron L. Brody
   SSBNY@aol.com
7  STULL, STULL & BRODY
   6 East 45th Street
8  New York, NY 10017
   Tel:    (212) 687-7230
9  Fax:    (212) 490-2022

10 Counsel for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | CHRIS CRIMI, on Behalf of Himself and           ) | CASE NO. C 08-02249 CRB
   | All Others Similarly Situated,                  ) |
17 |                                                 ) | **CLASS ACTION**
   |                 Plaintiff,                      ) |
18 |      v.                                         ) | **STIPULATION AND [PROPOSED]**
   |                                                 ) | **ORDER CONTINUING HEARING DATE**
19 | EDWARD W. BARNHOLT, H.                          ) | **ON MOTION TO DISMISS AND**
   | RAYMOND BINGHAM, ROBERT T.                      ) | **ESTABLISHING BRIEFING SCHEDULE**
20 | BOND, RICHARD J. ELKUS, JR.,                    ) | **FOR: (i) DEFENDANT'S MOTION TO**
   | STEPHEN P. KAUFMAN, KENNETH                     ) | **DISMISS; AND (ii) PLAINTIFF'S**
21 | LEVY, MICHAEL E. MARKS, DEAN O.                 ) | **MOTION FOR REMAND**
   | MORTON, KENNETH L. SCHROEDER,                   ) |
22 | JON D. TOMPKINS, RICHARD P.                     ) |
   | WALLACE, KLA-TENCOR                             ) |
23 | CORPORATION, and DOES 1 through 25,             ) |
   |                                                 ) |
24 |                 Defendants.                     ) |
   |_____) |

25

26

27

28

1  WHEREAS, on September 4, 2007, plaintiff Chris Crimi ("Plaintiff") filed a Complaint for alleged violations of state law against defendant KLA-Tencor Corporation ("KLA-Tencor") and certain of the members of its Board of Directors with that Superior Court of the State of California for the County of Santa Clara (the "State Court");

5  WHEREAS, on November 14, 2007, KLA-Tencor filed their Motion to Stay plaintiff's Complaint, and on January 8, 2008, filed a Demurrer to plaintiff's Complaint;

7  WHEREAS, after briefing and hearing on the Motion to Stay, on February 29, 2008, the State Court granted KLA-Tencor's Demurrer with leave to amend and denied the Motion to Stay without prejudice;

10  WHEREAS, on April 1, 2008, Plaintiff filed his Amended Complaint;

11  WHEREAS, on April 30, 2008, KLA-Tencor filed its Notice of Removal with this Court;

12  WHEREAS, on May 7, 2008, KLA-Tencor filed a Motion to Dismiss the Amended Complaint, scheduling it for hearing on Friday, June 13, 2008 at 10:00 a.m.;

14  WHEREAS, Plaintiff has informed KLA-Tencor that he intends to file a Motion for Remand and believes that the Motion for Remand should be heard prior to or on the same day of the Motion to Dismiss;

17  WHEREAS, the parties have agreed to continue the hearing on KLA-Tencor's Motion to Dismiss, if so agreed to by the Court, to a mutually convenient date on which the Motion for Remand may also be heard;

20  WHEREAS, due to conflicts in counsel's schedule, the parties have agreed that, if so granted by this Court, the hearing on the Motion to Dismiss and Motion for Remand should be on Friday, July 18, 2008 at 10:00 a.m.;

///
///
///

1  IT IS HEREBY STIPULATED between the parties, by their counsel of record, that:

2  <u>With regards to the Motion to Dismiss:</u>

3  1.  Plaintiff's Opposition to the Motion to Dismiss will be filed and served on Thursday,
4      June 12, 2008;

5  2.  Defendant's Reply in Support of the Motion to Dismiss will be filed and served on
6      Thursday, July 3, 2008;

7  3.  Hearing on the Motion to Dismiss will be on Friday, July 18, 2008 at 10:00 a.m., or a
8      later date which is convenient to the Court.

9  <u>With regards to the Motion to Remand:</u>

10 1.  Plaintiff's Motion to Remand will be filed and served on Thursday, May 29, 2008;

11 2.  Defendant's Opposition to the Motion to Remand will be filed and served on
12     Thursday, June 26, 2008;

13 3.  Plaintiff's Reply in Support of the Motion to Remand will be filed and served on
14     Thursday, July 3, 2008;

15 4.  Hearing on the Motion to Remand will be on Friday, July 18, 2008 at 10:00 a.m., or
16     a later date which is convenient to the Court.

17 IT IS SO STIPULATED.

18 **ATTESTATION OF PATRICE L. BISHOP**

19 I, Patrice L. Bishop, hereby attest that the contents of this document are acceptable to all

20 persons required to sign it. I further attest that I have on file all holograph signatures for any

21 signatures indicated by a "conformed" signature (/s/) within this efiled document.

22 Dated: May 22, 2008          Patrice L. Bishop
                                 STULL, STULL & BRODY
23

24                          By:      /s/
                                 Patrice L. Bishop
25                               10940 Wilshire Boulevard
                                 Suite 2300
26                               Los Angeles, CA  90024
                                 Tel:   (310) 209-2468
27                               Fax:   (310) 209-2087

28

2

STIP & [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS & ESTABLISHING
BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION FOR REMAND    CASE NO. C 08-2249 CRB
Z:\STULL\KLA2\PLD\schedulingstip(fed).001.wpd

|   |   |
|---|---|
| 1 | Jules Brody |
| 2 | Aaron L. Brody<br>STULL, STULL & BRODY |
| 3 | 6 East 45th Street<br>New York, NY 10017 |
| 4 | Tel:  (212) 687-7230<br>Fax: (212) 490-2022 |
| 5 | Counsel for Plaintiff |

1        Jules Brody
2        Aaron L. Brody
         STULL, STULL & BRODY
3        6 East 45th Street
         New York, NY 10017
         Tel:  (212) 687-7230
4        Fax: (212) 490-2022

5        Counsel for Plaintiff

6

7  Dated: May 22, 2008        John H. Hemann
         Joseph E. Floren
8        Matthew Weiler
         MORGAN LEWIS & BOCKIUS LLP
9

10
        By:       /s/
11        Matthew Weiler
         One Market Spear Street Tower
12        San Francisco, CA 94105-1126
         Tel:  (415) 442-1000
13        Fax: (415) 442-1001

14        Counsel for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIP & [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS & ESTABLISHING
BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION FOR REMAND    CASE NO. C 08-2249 CRB
Z:\STULL\KLA2\PLD\schedulingstip(fed).001.wpd

# ~~[Proposed]~~ ORDER

Pursuant to the Stipulation of the parties, good cause having been shown, IT IS HEREBY ORDERED THAT:

<u>With regards to the Motion to Dismiss:</u>

1. Plaintiff's Opposition to the Motion to Dismiss will be filed and served on Thursday, June 12, 2008;
2. Defendant's Reply in Support of the Motion to Dismiss will be filed and served on Thursday, July 3, 2008;
3. Hearing on the Motion to Dismiss will be on Friday, July 18, 2008 at 10:00 a.m.

<u>With regards to the Motion to Remand:</u>

1. Plaintiff's Motion to Remand will be filed and served on Thursday, May 29, 2008;
2. Defendant's Opposition to the Motion to Remand will be filed and served on Thursday, June 26, 2008;
3. Plaintiff's Reply in Support of the Motion to Remand will be filed and served on Thursday, July 3, 2008;
4. Hearing on the Motion to Remand will be on Friday, July 18, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 27, 2008

_____
HONORABLE CHARLES R. BREYER
DISTRICT COURT JUDGE


4

STIP & [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS & ESTABLISHING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION FOR REMAND    CASE NO. C 08-2249 CRB
Z:\STULL\KLA2\PLD\schedulingstip(fed).001.wpd