AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated, )
           Plaintiff                              )
                v.                                )   Civil Action No.   C 08-2249 CRB
EDWARD W. BARNHOLT, et al.                        )
           Defendant                              )

(Additional Defendants listed on Attachment hereto)

**Summons in a Civil Action**

To: _____
         *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Patrice L. Bishop (SBN 182256)          Tel: (310) 209-2468
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA  90024

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JUN 0 4 2008**

Richard W. Wieking
Name of clerk of court       **MARIA LOO**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**ATTACHMENT TO SUMMONS IN A CIVIL ACTION**
Case No. C 08-2249 CRB

Defendants:

H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25