**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re KLA-TENCOR CORP. SECURITIES LITIGATION | No. C 06-04065 CRB |
| | **Clerk's Notice** |
| _____ / | |

THIS DOCUMENT RELATES TO:

    Case No. 06-4065CRB
    Case No. 06-4709CRB
    Case No. 06-5225CRB
    Case No. 08-2249CRB

YOU ARE NOTIFIED THAT the Court has vacated the case management conference currently set for Friday, June 13, 2008.

Dated: June 5, 2008                          FOR THE COURT,

                                                         Richard W. Wieking, Clerk

                                                         By: _____
                                                                  Barbara Espinoza
                                                                  Courtroom Deputy