| | |
|---|---|
| 1 | JOHN H. HEMANN (SBN: 165823) |
| 2 | JOSEPH E. FLOREN (SBN 168292)<br>THOMAS R. GREEN (SBN: 203480)) |
| 3 | MATTHEW S. WEILER (SBN 236052)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 4 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1126 |
| 5 | Tel:  415.442.1000<br>Fax:  415.442.1001 |
| 6 | E-mail:  jhemann@morganlewis.com<br>         jfloren@morganlewis.com |
| 7 | tgreen@morganlewis.com<br>mweiler@morganlewis.com |

Attorneys for Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,<br><br>                    Defendants. | Case No. CV-08-2249 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE**<br><br>DATE:    July 18, 2008<br>TIME:    10:00 A.M.<br>DEP'T:   Courtroom 8<br><br>Hon. Charles R. Breyer |

Plaintiff Chris Crimi ("Plaintiff") and Defendant KLA-Tencor Corporation ("KLA" or the "Company") hereby stipulate as follows:

WHEREAS on April 30, 2008 KLA removed this action from the Superior Court of the State of California for the County of Santa Clara.

WHEREAS on May 7, 2008, KLA filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREAS Plaintiff informed KLA that he intended to file a motion to remand and requested that KLA agree to have its motion to dismiss heard on the same day as Plaintiff's

1-SF/7719837.1

1  motion to remand.

2  WHEREAS KLA agreed to have both motions heard at the same time and the
3  parties filed a stipulation that was entered as an order by the Court setting a briefing
4  schedule and a hearing date of July 18, 2008 for both motions.

5  WHEREAS, pursuant to the parties' stipulation and the Court's Order, on June 12,
6  2008, plaintiff filed his Opposition to Motion to Dismiss; Notice of Motion and Motion to
7  Strike Pages in Excess of Court's Standing Order No. 5; Notion of Motion and Motion for
8  Leave to Amend; Memorandum of Points and Authorities in Support Thereof (the "Motion
9  for Leave to Amend").

10  WHEREAS a scheduling conflict arose for counsel for KLA and Plaintiff agreed to
11  continue the two hearings until July 25, 2008 to accommodate counsel for KLA.

12  WHEREAS KLA's opposition to Plaintiff's motion to remand is currently due on
13  June 26, 2008, Plaintiff's reply memorandum in further support of his motion to remand is
14  due July 3, 2008 and KLA's reply memorandum in further support of its motion to dismiss
15  is due on July 3, 2008.

16  IT IS HEREBY STIPULATED AND AGREED:

17  1. The hearings on KLA's motion to dismiss and Plaintiff's motion to remand and
18  motion for leave to amend shall be heard on July 25, 2008 at 10:00 A.M.;

19  2. KLA's opposition to Plaintiff's motion to remand and motion for leave to amend
20  shall be due on July 3, 2008;

21  3. KLA's reply in further support of its motion to dismiss and Plaintiff's reply in
22  further support of his motion to remand and motion for leave to amend shall be due on July
23  11, 2008.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7719837.1                    2
JOINT STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: June 25, 2008 | John H. Hemann<br>Joseph E. Floren<br>Matthew Weiler<br>MORGAN LEWIS & BOCKIUS LLP |
| | By: _____/s/_____<br>         Matthew Weiler<br>One Market Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001 |
| | Counsel for Defendant |

I, Matthew Weiler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45, X.B., I hereby attest that the signatory below has concurred in this filing.

| | |
|---|---|
| Dated: June 25, 2008 | Patrice L. Bishop<br>STULL, STULL & BRODY |
| | By: _____/s/_____<br>         Patrice L. Bishop<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024<br>Tel: (310) 209-2468<br>Fax: (310) 209-2087 |
| | Jules Brody<br>Aaron L. Brody<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022 |
| | Counsel for Plaintiff |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HERE BY ORDERED:

    1. The hearings on KLA's motion to dismiss and Plaintiff's motion to remand and motion for leave to amend shall be heard on July 25, 2008 at 10:00 A.M.;

    2. KLA's opposition to Plaintiff's motion to remand and motion for leave to amend shall be due on July 3, 2008;

    3. KLA's reply in further support of its motion to dismiss and Plaintiff's reply in further support of his motion to remand and motion for leave to amend shall be due on July 11, 2008.

Dated: _____                      _____

                                                                                  Hon. Charles R. Breyer
                                                                                  U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7719837.1           4

JOINT STIPULATION AND [PROPOSED] ORDER