1  JOHN H. HEMANN (SBN: 165823)
   JOSEPH E. FLOREN (SBN 168292)
2  THOMAS R. GREEN (SBN: 203480))
   MATTHEW S. WEILER (SBN 236052)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel:  415.442.1000
5  Fax:  415.442.1001
   E-mail:  jhemann@morganlewis.com
6           jfloren@morganlewis.com
            tgreen@morganlewis.com
7           mweiler@morganlewis.com

8  Attorneys for Defendant KLA-Tencor Corporation

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated, | Case No. CV-08-2249 CRB |
| 12                 Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |
| 13          vs. | |
| 14  EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25, | DATE:  July 18, 2008<br>TIME:  10:00 A.M.<br>DEP'T:  Courtroom 8<br><br>Hon. Charles R. Breyer |
| 15 | |
| 16 | |
| 17 | |
| 18                 Defendants. | |

        Plaintiff Chris Crimi ("Plaintiff") and Defendant KLA-Tencor Corporation ("KLA"
or the "Company") hereby stipulate as follows:
        WHEREAS on April 30, 2008 KLA removed this action from the Superior Court of
the State of California for the County of Santa Clara.
        WHEREAS on May 7, 2008, KLA filed a motion to dismiss pursuant to Federal
Rule of Civil Procedure 12(b)(6).
        WHEREAS Plaintiff informed KLA that he intended to file a motion to remand and
requested that KLA agree to have its motion to dismiss heard on the same day as Plaintiff's

1-SF/7719837.1

motion to remand.

WHEREAS KLA agreed to have both motions heard at the same time and the parties filed a stipulation that was entered as an order by the Court setting a briefing schedule and a hearing date of July 18, 2008 for both motions.

WHEREAS, pursuant to the parties' stipulation and the Court's Order, on June 12, 2008, plaintiff filed his Opposition to Motion to Dismiss; Notice of Motion and Motion to Strike Pages in Excess of Court's Standing Order No. 5; Notion of Motion and Motion for Leave to Amend; Memorandum of Points and Authorities in Support Thereof (the "Motion for Leave to Amend").

WHEREAS a scheduling conflict arose for counsel for KLA and Plaintiff agreed to continue the two hearings until July 25, 2008 to accommodate counsel for KLA.

WHEREAS KLA's opposition to Plaintiff's motion to remand is currently due on June 26, 2008, Plaintiff's reply memorandum in further support of his motion to remand is due July 3, 2008 and KLA's reply memorandum in further support of its motion to dismiss is due on July 3, 2008.

IT IS HEREBY STIPULATED AND AGREED:

1. The hearings on KLA's motion to dismiss and Plaintiff's motion to remand and motion for leave to amend shall be heard on July 25, 2008 at 10:00 A.M.;

2. KLA's opposition to Plaintiff's motion to remand and motion for leave to amend shall be due on July 3, 2008;

3. KLA's reply in further support of its motion to dismiss and Plaintiff's reply in further support of his motion to remand and motion for leave to amend shall be due on July 11, 2008.

| | | |
|---|---|---|
| 1 | Dated: June 25, 2008 | John H. Hemann |
| 2 | | Joseph E. Floren |
| | | Matthew Weiler |
| 3 | | MORGAN LEWIS & BOCKIUS LLP |

By:     /s/
         Matthew Weiler
One Market Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001

Counsel for Defendant

I, Matthew Weiler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with General Order 45, X.B., I hereby attest that the signatory below has concurred in this filing.

Dated: June 25, 2008                    Patrice L. Bishop
                                        STULL, STULL & BRODY

By:     /s/
         Patrice L. Bishop
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Counsel for Plaintiff

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause shown, IT IS HERE BY ORDERED:

3      1. The hearings on KLA's motion to dismiss and Plaintiff's motion to remand and
4  motion for leave to amend shall be heard on July 25, 2008 at 10:00 A.M.;

5      2. KLA's opposition to Plaintiff's motion to remand and motion for leave to amend
6  shall be due on July 3, 2008;

7      3. KLA's reply in further support of its motion to dismiss and Plaintiff's reply in
8  further support of his motion to remand and motion for leave to amend shall be due on July
9  11, 2008.

11  Dated: June 30, 2008

_____
Charles R. Breyer
District Court Judge



IT IS SO ORDERED
Judge Charles R. Breyer