JOHN H. HEMANN (SBN: 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN: 203480)
MATTHEW S. WEILER (SBN 236052)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  jhemann@morganlewis.com
jfloren@morganlewis.com
tgreen@morganlewis.com
mweiler@morganlewis.com

Attorneys for Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,<br><br>Defendants. | Case No. CV-08-2249 CRB<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PURSUANT TO N.D. L.R. 7-7**<br><br>Date:    July 25, 2008<br>Time:   10:00 A.M.<br>Dept:   Courtroom 8<br><br>**HON. CHARLES R. BREYER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-7, Defendant KLA-Tencor Corporation ("KLA") hereby gives notice of withdraw of its motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), originally filed on May 7, 2008, and currently scheduled for a hearing on July 25, 2008, at 10 A.M., at 450 Golden Gate Ave., San Francisco, California, in Courtroom 8.

KLA is withdrawing its motion pursuant to a Stipulation and [Proposed] Order entered by the parties and filed with this Court on July 2, 2008, whereby KLA agrees to withdraw its motion to dismiss, Plaintiff withdraws his motion to remand, his motion to strike, and his motion for leave to amend, and Plaintiff files his Second Amended Complaint.

Dated: July 3, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
Matthew S. Weiler

Attorneys for Defendant KLA-Tencor Corporation