JOHN H. HEMANN (SBN: 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN: 203480))
MATTHEW S. WEILER (SBN 236052)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:   jhemann@morganlewis.com
          jfloren@morganlewis.com
          tgreen@morganlewis.com
          mweiler@morganlewis.com

Attorneys for Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,<br><br>Defendants. | Case No. CV-08-2249 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE:  WITHDRAWAL OF PENDING MOTIONS AND FILING OF SECOND AMENDED COMPLAINT**<br><br>DATE:    July 25, 2008<br>TIME:    10:00 A.M.<br>DEP'T:   Courtroom 8<br><br>Hon. Charles R. Breyer |

Plaintiff Chris Crimi ("Plaintiff") and Defendant KLA-Tencor Corporation ("KLA" or the "Company") hereby stipulate as follows:

WHEREAS KLA removed this action from the Superior Court of the State of California for the County of Santa Clara;

WHEREAS KLA filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS Plaintiff filed a Motion to Remand;

1   WHEREAS Plaintiff filed his Opposition to KLA's Motion to Dismiss and two additional motions in conjunction with his opposition, a Motion to Strike Pages in Excess of Court's Standing Order No. 5 and a Motion for Leave to Amend, attaching a [Proposed] Second Amended Complaint For Breaches of Fiduciary Duties;

WHEREAS KLA discovered that it had mistakenly filed a Memorandum of Points and Authorities in excess of the Court's page limitation in support of its Motion to Dismiss without leave of Court;

WHEREAS Plaintiff desires to file his Second Amended Complaint;

WHEREAS the parties agree that it will save the time and limited resources of the Court and all parties for the parties to withdraw all pending motions and permit Plaintiff to file the Second Amended Complaint and for the pending motions to dismiss and to remand to be reset thereafter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. KLA shall withdraw its pending Motion to Dismiss.

2. Plaintiff shall withdraw its three pending motions, the Motion to Remand, the Motion to Strike and the Motion for Leave to Amend.

3. KLA stipulates to allow Plaintiff to file the Second Amended Complaint but reserves all rights and arguments with respect to the Second Amended Complaint;

4. Plaintiff shall file the Second Amended Complaint on July 11, 2008.

5. KLA shall file its Rule 12 motion(s) in response to Plaintiff's Second Amended Complaint on August 8, 2008 and notice any Rule 12 motion(s) to be heard on September 12, 2008.

6. Plaintiff shall file any Motion to Remand on August 8, 2008 and notice any such motion to be heard on September 12, 2008.

7. The parties will follow a regularly scheduled 35 day motion calendar with respect to any opposition or reply briefs filed in connection with any motion filed pursuant to this stipulation.

| | | |
|---|---|---|
| 1 | Dated: July 2, 2008 | John H. Hemann |
| 2 | | Joseph E. Floren |
| | | Matthew Weiler |
| 3 | | MORGAN LEWIS & BOCKIUS LLP |

By: _____/s/_____
       Thomas R. Green
One Market Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001

Counsel for Defendant

I, Thomas R. Green, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re: Withdrawal of Pending Motions and Filing of Second Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that the signatory below has concurred in this filing.

Dated: July 2, 2008                              Patrice L. Bishop
                                                 STULL, STULL & BRODY


By: _____/s/_____
       Patrice L. Bishop
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HERE BY ORDERED:

1. KLA shall withdraw its pending Motion to Dismiss.

2. Plaintiff shall withdraw its three pending motions, the Motion to Remand, the Motion to Strike and the Motion for Leave to Amend.

3. KLA stipulates to allow Plaintiff to file the Second Amended Complaint but reserves all rights and arguments with respect to the Second Amended Complaint;

4. Plaintiff shall file the Second Amended Complaint on July 11, 2008.

5. KLA shall file its Rule 12 motion(s) in response to Plaintiff's Second Amended Complaint on August 8, 2008 and notice any Rule 12 motion(s) to be heard on September 12, 2008.

6. Plaintiff shall file any Motion to Remand on August 8, 2008 and notice any such motion to be heard on September 12, 2008.

7. The parties will follow a regularly scheduled 35 day motion calendar with respect to any opposition or reply briefs filed in connection with any motion filed pursuant to this stipulation.

Dated: July 3, 2008



Hon. Charles R. Breyer
U.S. District Court Judge