UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25, <br><br> Defendants. | CASE NO. C 08-2249 CRB <br><br> **CLASS ACTION** <br><br> **[Proposed] ORDER REMANDING ACTION PURSUANT TO 28 U.S.C. § 1447 FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> DATE:  September 12, 2008 <br> TIME:  10:00 a.m. <br> JUDGE:  Hon. Charles R. Breyer <br> CTRM:  8, 19th Floor |

This Court, having considered the motion of plaintiff Chris Crimi for an Order remanding this action pursuant to 28 U.S.C. § 1447 for lack of subject jurisdiction, hereby GRANTS plaintiff's motion. This action is hereby REMANDED to the Superior Court of California for the County of Santa Clara.

DATED:_____                    _____
                                           HONORABLE CHARLES R. BREYER
                                           UNITED STATES DISTRICT COURT JUDGE

Submitted By:

   Patrice L. Bishop
   STULL, STULL & BRODY
   10940 Wilshire Boulevard
   Suite 2300
   Los Angeles, CA  90024
   Tel:   (310) 209-2468
   Fax:   (310) 209-2087

   Jules Brody
   Aaron L. Brody
   STULL, STULL & BRODY
   6 East 45th Street
   New York, NY 10017
   Tel:   (212) 687-7230
   Fax:   (212) 490-2022

   Counsel for Plaintiff

**[Proposed] ORDER REMANDING ACTION PURSUANT TO 28 U.S.C. § 1447 FOR LACK OF SUBJECT MATTER JURISDICTION**
**CASE NO. C 08-2249 CRB**
C:\WordPerfect\KLA2\PLD\DirectComplaint\Remand Order.wpd