1  JOHN H. HEMANN (SBN: 165823)
   JOSEPH E. FLOREN (SBN 168292)
2  THOMAS R. GREEN (SBN: 203480))
   MATTHEW S. WEILER (SBN 236052)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel:  415.442.1000
5  Fax:  415.442.1001
   E-mail:   jhemann@morganlewis.com
6              jfloren@morganlewis.com
               tgreen@morganlewis.com
7              mweiler@morganlewis.com

8  Attorneys for KLA-Tencor Corporation

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| CHRIS CRIMI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, KENNETH LEVY, MICHAEL E. MARKS, DEAN O. MORTON, KENNETH L. SCHROEDER, JON D. TOMPKINS, RICHARD P. WALLACE, KLA-TENCOR CORPORATION, and DOES 1 through 25,<br><br>Defendants. | Case No. CV-08-2249 CRB<br><br>**[PROPOSED] ORDER ON DEFENDANT KLA'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>DATE:  September 12, 2008<br>TIME:   10:00 a.m.<br>DEP'T:  Courtroom 8<br><br>Hon. Charles R. Breyer |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB20804480.1

[[PROPOSED] ORDER ON KLA'S 12(B)(6)
MOT. TO DISMISS
Case No. CV-08-2249 CRB

## [PROPOSED] ORDER

Having considered Defendant KLA-Tencor Corporation's ("KLA's") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and any opposition thereto, IT IS HERE BY ORDERED:

1. Plaintiff's voting related claims are dismissed as being derivative under applicable Delaware law

2. Plaintiff's "holder" claims are dismissed because they are barred under SLUSA.

3. Plaintiff cannot state a claim for breach of fiduciary duty because KLA owed Plaintiff no duty to disclose historical "backdating" from the past because there had been no adjudication of wrongdoing as of the time Plaintiff alleges the duty to disclose existed.

Dated: _____

　　　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB20804480.1

1

[[PROPOSED] ORDER ON KLA'S 12(B)(6) MOT. TO DISMISS
Case No. CV-08-2249 CRB