1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS CRIMI,

        Plaintiff,

  v.

EDWARD W. BARNHOLT, et al.,

        Defendants.

                             /

No. C 08-02249 CRB

**ORDER**

      Now pending before the Court is plaintiff's motion to remand for lack of subject matter jurisdiction. The Second Amended Complaint, filed July 11, 2008, states that the claims in Counts I and II are brought under both Delaware and California law; however, the motion to remand assumes that these claims are brought solely under Delaware law. Plaintiff is ordered to provide a submission to the Court by Tuesday, September 9, 2008 stating whether he intends to make any claims under California law.

      **IT IS SO ORDERED.**

Dated: September 5, 2008

                                      CHARLES  R. BREYER
                                      UNITED STATES DISTRICT JUDGE